FILED 24 FEB '16 13:57 USDC-ORP

# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON
## PORTLAND DIVISION

Kevin Keny

*(Enter full name of plaintiff(s))*

Plaintiff(s),

v.

SGLIC SERVICEMANS insurance

*(Enter full name of ALL defendant(s))*

Defendant(s).

Civil Case No. 3:16-CV-00338-AC
*(to be assigned by Clerk of the Court)*

**COMPLAINT**

Jury Trial Demanded
☐ Yes    ☐ No

## I. PARTIES

*List your name, address, and telephone number below, and the same information for each defendant. Make sure that the defendant(s) listed below are identical to those contained in the caption of the complaint. Attach additional sheets of paper if necessary.*

**Plaintiff**

Name: Kevin M Keny H608
Street Address: 1240 SW Columbia St
City, State & Zip Code: Portland, OR 97201
Telephone No. 503-919

**Defendant No. 1**   Name: SGI
Street Address: 100 SW Main St 2N1
City, State & Zip Code: Portland, OR 97204
Telephone No. _____

**Defendant No. 2**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

**Defendant No. 3**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

**Defendant No. 4**   Name: _____
Street Address: _____
City, State & Zip Code: _____
Telephone No. _____

## II. JURISDICTION

*Federal courts are courts of limited jurisdiction. Only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. A case involving the United States Constitution or federal laws or treaties is a federal question case. A case in which a citizen of one state sues a citizen of another state and the amount in damages claimed is more than $75,000 is a diversity of citizenship case.*

A.  What is the basis for federal court jurisdiction (*check all that apply*)

  ☒ Federal Question              ☐ Diversity of Citizenship

B.  If the basis for jurisdiction is Federal Question, what federal Constitutional, statutory, or treaty right is at issue? __Insuranc Fraud & RICO__

C.  If the basis for jurisdiction is Diversity of Citizenship, what is the state of citizenship of each party?

Plaintiff(s) state of citizenship __USA__

Defendant(s) state(s) of citizenship __USA__

### III. STATEMENT OF CLAIMS

### Claim I

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I was stationed in GERMANY, HAHN AB. where Due to USAF Failed To issue protection from solvent in a Wheel and tire shop Exposed me to A Hazzardious solvent. 1982 Apon Return to the USA, for CHRISTMAS with Family. I got very ill And had I.G. Hemmoraging in the lower I.G. System AND Almost Lost my life. I payed for coverage for Disablement

## Claim II

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

I Just found out that the SGli sHould HAVE Paid me $450,000. But did not and DID fraud by Doing This

I Now Have AVascular Nechosis over the whole body and that was (RICO) by then

## Claim III

*State here as briefly as possible the facts of your case. Describe how each defendant was involved, when the conduct occurred, and any injuries you have suffered as a result. It is not necessary to give any legal arguments or cite any cases or statutes.*

***(If you have additional claims, describe them on another piece of paper, using the same outline.)***

COMPLAINT  
Revised: July 20, 2010

Page 4

## IV. RELIEF

*State briefly exactly what you want the court to do for you and the amount, if any, of monetary compensation you are seeking. Make no legal arguments. Cite no cases or statutes.*

$1.785 trillion so it will Cover the future medical needed

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 24 day of february, 2016

Kevin Kery

*(Signature of Plaintiff(s))*